# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

YADIRA HURST,

    **Plaintiff,**

    vs.                                    Civ. No. 19-540 RB/SCY

DEPARTMENT of VETERANS AFFAIRS,

    **Defendant.**

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on November 14, 2019 the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 12), filed on November 4, 2019 and adopted it as modified by the dates and discovery parameters provided in the Court's Scheduling Order filed concurrently with this Order.

_____
UNITED STATES MAGISTRATE JUDGE